Sunday August-14-2022
Office of the Clerk

RECEIVED
AUG 18 2022
BY MAIL

My name is Dewey Austin Barnett II I am writing this court to inform them of a change of address that acurred August 12 2022. My new address is,

Dewey Austin Barnett II #1020462
E.R.D.C.C. Hu: 9 B 119-11
2727 Highway K
Bonne Terre Missouri 63628

Thank you for your time and concern in this matter

Without Prejudice ucc 1-308
Dewey Austin Barnett II
D. Austin Barnett II

Dewey Austin Burnett #1020462
ERDCC 9-B-119-11
2727 HIGHWAY K
BONNE TERRE, MO 63628

Legal Mail

RECEIVED
AUG 18 2022
BY MAIL

MAILED FROM
AUG 17 2022
EASTERN RECEPTION
DIAGNOSTIC & CORRECTIONAL
CENTER

Office of the Clerk
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102